IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFFREY HALL                                                                PLAINTIFF

v.                          NO. 4:17-cv-00449 PSH

NANCY A. BERRYHILL, Acting Commissioner                 DEFENDANT
of the Social Security Administration

JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 28th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE